# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL KENT | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-1716-RGA |
| v. | ) | |
| | ) | |
| DICERNA PHARMACEUTICALS, INC., DOUGLAS M. FAMBROUGH, III, J. KEVIN BUCHI, STEPHEN DOBERSTEIN, MARTIN FREED, PATRICK M. GRAY, STEPHEN J. HOFFMAN, ADAM M. KOPPEL, MARC KOZIN, and CYNTHIA SMITH, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: December 22, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*